AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

### EASTERN DISTRICT OF MISSOURI

**FILED**

**JUL 3 0 2019**

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ROLAND CRAWFORD | )  Case No.   4:19 MJ 5251 NAB |
| | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ JULY 30, 2019 _____ in the county of ____ St. Louis City ____ in the ____ Eastern ____ District of ____ Missouri ____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:922(g) | FELON IN POSSESSION OF A FIREARM |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

❒ Continued on the attached sheet.

_Complainant's signature_

Special Agent William Meyers, FBI

_Printed name and title_

Sworn to before me and signed in my presence.

Date: ____ 07/30/2019 ____

_Judge's signature_

City and state: ____ St. Louis, Missouri ____

Honorable Nannette A. Baker, U.S. Magistrate Judge

_Printed name and title_